## United States District Court for the District of Columbia

United States of America             **\***

     v.                     **\***          No. 1:21-CR-00102-JDB-1

Michael Terrell Roberson        **\***

## Motion for Authorization to Travel

Pursuant to 18 U.S.C. § 3142(c), defendant Michael Roberson moves for authorization to travel to Worton, Maryland from November 25 – 26, 2021. In support, he states:

1.     On March 23, 2021 the Court entered an Order Setting Conditions of Release as to Michael Roberson ("the Order"). Doc. 9.

2.     The Order requires Court approval for all travel. Ibid.

3.     Mr. Roberson would like to attend a religious retreat with his third party custodian.

4.     The government and Pretrial have been provided with Mr. Roberson's travel itinerary.

5.     Assistant U.S. Attorney Eduardo Palomo and I have discussed this request.

6.     Mr. Palomo informed me that the government defers to Pretrial Services.

7.     Pretrial Services has indicated that the Order requires Court approval for all travel.

8.　　　Previously, the Court has authorized Mr. Roberson's attendance at other religious retreats.  Min. Ent's, May 5 & 28, June 23, July, 8, and September 20, 2021.

/s/ *William L. Welch,* III

William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Michael Terrell Roberson
(Appointed by this Court)

### Certificate of Service

I certify that on this 21st day of November 2021 a copy of the foregoing Consent Motion for Authorization was delivered electronically to Messrs. Nicholas George Miranda (Nicholas.Miranda@usdoj.gov) and Eduardo Palomo (Eduardo.palomo2@usdoj.gov), Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20530.

/s/ *William L. Welch,* III

William L. Welch, III