IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21–102-JDB |
| : | |
| MICHAEL TERRELL ROBERSON : | |
| : | |
| Defendant : | |

### DEFENDANT'S RESPONSE TO UNITED STATES' MOTION IN LIMINE TO EXCLUDE EVIDENCE

COMES NOW the Defendant, Michael Roberson, by and through his counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., and respectfully responds to the Government's Motion in Limine to exclude evidence, docketed at ECF Dkt. No. 57. In support of this response, counsel state as follows:

1. The Government has moved *in limine* to exclude certain evidence, namely to "prohibit the defense from introducing evidence that defendant was sexually abused as a child or that he has behavioral or mental disorders." *Id.* at 6.

2. At this time, Mr. Roberson sets forth the following response informing this Court that the defense does not intend to present a defense that relies on evidence of the defendant's history of sexual abuse or his behavioral or mental health disorders. The defense therefore does not intend on independently introducing such evidence.

3. However, while the defense does not challenge the Government's

1

motion seeking to preclude the defense to elicit such evidence, the defense wants to make clear that should the Government seek to introduce any of the various statements made by the Defendant, the Government should not be permitted to excise or redact those portions of the defendant's statements that reference the Defendant's history of sexual abuse, or his behavioral or mental health disorders.

Wherefore, Mr. Roberson respectfully files this response to the Government's motion in limine seeking to preclude the introduction of evidence.

Respectfully submitted,

s/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland  20770
301-474-0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2022, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

s/_____
Michael E. Lawlor

2