**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :   **CASE NO. 1:21-cr-00102** |
| **MICHAEL TERRELL ROBERSON,** **Defendant.** | |

### STATEMENT OF OFFENSE

The parties in this case, the United States of America and Defendant, Michael Terrell Roberson, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are submitted to demonstrate that sufficient facts exist to prove beyond a reasonable doubt that Defendant committed the offense to which he is pleading guilty, Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

### STATEMENT OF FACTS

On September 7, 2015, in the District of Columbia, Defendant used Email Address 1 to send an e-mail to Email Address 2 stating, "Hey what's you [*sic*] pass again to your drop box somehow lost it. Michael Roberson AKA lilmike, aka birdman aka sweet & low daddy[.]" The user of Email Address 2 replied, "I've seen you around on a forum send me one vid so I know what you what you like[.]"

On September 7, 2015, Defendant sent an e-mail to Email Address 2 with a video file titled "11_-_sugar_Kait_-_5yo.mp4" attached to it. The video is 17 seconds in length and depicts an adult male sexually abusing a prepubescent female by penetrating her vulva with his erect penis.

Defendant sent the video file to Email Address 2 in exchange for passwords to online file

storage accounts containing child pornography. Between September 7, 2015 and November 6, 2016, Defendant and the user of Email Address 2 exchanged over 70 messages discussing their sexual interest in children and exchanging passwords to online storage accounts containing child pornography, including the following messages:

> **Defendant**: your dropbox pass doesnt work--michael roberson aka lilmike aka birdman aka sweet & low daddy
>
> **Email Address 2**: I changed my pw because someone was deleting all my fills.
>
> **Defendant**: I knew something was wrong that's petty as shit for someone to do that someone did mines like that.
>
> […]
>
> **Defendant**: I love your work love your last I will ever be a fan do you have any black
>
> […]
>
> **Email Address 2**: Yes it's !@#$%kiddy!@#$% do you have more vids to swop as I have quite a few it just takes time to down load unless you know how I can show the contents of my external harddrive
>
> […]
>
> **Email Address 2**: Good did you like girls or boys
>
> **Defendant**: both
>
> **Defendant**: What about you
>
> **Email Address 2**: I like both little boys love to be sucked off.
>
> **Defendant**: I like to see there little erections and there faces.
>
> **Email Address 2**: give then awank and get then to wank you
>
> […]
>
> **Email Address 2**: What do you like boys girls What age
>
> **Defendant**: Both 5 and up

Defendant used a computer to send the "11_-_sugar_Kait_-_5yo.mp4" video file to Email Address 2. Defendant knew that the computer he used to send the video file contained a visual depiction of a minor engaging in sexually explicit conduct. Defendant knew that production of the

visual depiction involved use of a minor engaged in sexually explicit conduct. The visual depiction had been transported by computer using the internet, a means and facility of interstate commerce.

Respectfully submitted,

Matthew M. Graves
United States Attorney

By:_____/s/_____
**Nicholas Miranda**
Assistant United States Attorney

_____/s/_____
**Eduardo Palomo**
Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9/6/22

**Michael Terrell Roberson**
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9/6/22

**Michael E. Lawlor**
Attorney for Defendant

**Nicholas George Madiou**
Attorney for Defendant