# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: 21-cr-00102 JDB |
| **MICHAEL TERRELL ROBERSON** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Michael Terrell Roberson, by and through his attorney, Michael E. Lawlor, and Nicholas G. Madiou, Brennan, McKenna & Lawlor, Chtd., and respectfully requests that this Honorable Court continue the sentencing hearing currently scheduled in this case. In support of this motion, counsel states the following.

1. Per prior Order of the Court, Mr. Roberson is scheduled to be sentenced on December 20, 2022 at 2:00 p.m.

2. At this time, undesigned counsel respectfully moves to continue the sentencing date in this matter by approximately 90 days because counsel Michael E. Lawlor has been in multiple trials since September 19, 2022, as follows:

   a. Counsel was in a 6-week murder trial in the United States District Court for the District of Columbia in the matter of *United States v.*

1

> *Darin C. Moore,* case no.: 18-cr-198 JEB, which began on September 19, 2022.
>
> b. Right after the conclusion of that trial, undersigned counsel began one week trial in the United States District Court for the District of Maryland in the matter of *United States v. Darryl Frazer,* case no.: 19-cr-0545 PWG on October 31, 2022.
>
> c. Counsel began another murder trial in the Circuit Court for Baltimore City in the matter of *State of Maryland v. Calvin M. Stevens,* case no.: 120070001 on November 15, 2022.
>
> d. On December 5, 2022, counsel began his fourth trial since September in the Circuit Court for Prince George's County, Maryland in the matter of *Josue Vasquez,* case no.: CT180183X. The current trial is expected to last one week.

3. Additionally, an expert was recently appointed to evaluate Mr. Roberson. Counsel will need additional time for the evaluation to be competed.

4. This motion is unopposed. Undersigned counsel has discussed this request with Assistant United States Attorney, Eduardo Palomo, who authorized counsel to state that the United States <u>consents</u> to the continuance of the sentencing hearing in this case.

WHEREFORE, Mr. Harrison respectfully requests that this Honorable Court continue the sentencing hearing in this case by approximately 90 days.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net
nickmadiou@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 5, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor